**Drohan Lee**

Granted.  The parties shall file a status report by the earlier of five days after an agreement to settle, or July 17, 2026.

SO ORDERED:

5/27/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Erika M. Calderon

T: (212) 710-0011

ecalderon@dlkny.com

May 27, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *R.N. et al v. N.Y.C. Public Schools.*, 26-cv-01739 (VSB)(RWL)

Dear Judge Lehrburger,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

The parties write jointly to respectfully request an adjournment, *sine die*, of the Initial Pretrial Conference ("Conference") scheduled before Your Honor on June 4, 2026, and the corresponding Proposed Civil Case Management Plan and Scheduling Order ("CMP"). ECF No. 8. This is the parties' first request to adjourn the Conference and CMP. Defendant is diligently reviewing the attorney billing and underlying administrative records and intends to commence settlement negotiations within the next month. In light of anticipated settlement discussions, the parties respectfully request additional time to explore the resolution of the attorneys' fees claim without burdening the Court's resources. The parties note that this matter involves no discovery and that liability is not in dispute.

Accordingly, the parties respectfully request that the June 4, 2026, Conference and the submission of the CMP be adjourned *sine die*. Thank you for Your Honor's consideration of these requests.

Respectfully submitted,

By: */s/ Erika M. Calderon*
Erika M. Calderon, Esq.

cc: Michele Kule-Korgood, Esq. (*via* ECF)